UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DENISE K. SHUSTER,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CITIMORTGAGE, INC., a registered foreign corporation; QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, a registered domestic corporation,<br><br>　　　　　　Defendants. | NO. 2:18-CV-0146-TOR<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS |

BEFORE THE COURT are Defendant CitiMortgage, Inc.'s Motion to Dismiss (ECF No. 4) and Plaintiff's Motion to Dismiss (ECF No. 9). These matters were submitted for consideration without oral argument. The Court has reviewed the record and files herein, and is fully informed.

Plaintiff Denise K. Shuster filed a Complaint alleging bad faith in contract, which was then removed to this Court on May 11, 2018. ECF Nos. 1; 1-1 (Ex. A).

ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS ~ 1

On June 20, 2018, Defendant CitiMortgage filed a Motion to Dismiss. ECF No. 4. On August 15, 2018, Plaintiff filed a Motion to Dismiss under Federal Rule of Civil Procedure 41(a)(2). ECF No. 9. Plaintiff asserts that Defendant Quality Loan has commenced a non-judicial foreclosure and Plaintiff will seek mediation under that proceeding. *Id.* at 1.

Pursuant to Rule 41, "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). "A district court should grant a motion for voluntary dismissal under Rule 41(a)(2) unless a defendant can show that it will suffer some plain legal prejudice as a result." *Smith v. Lenches*, 263 F.3d 972, 975 (9th Cir. 2001).

The Court notes that Defendants here have not filed any counterclaims or opposition to Plaintiff's motion. The Court finds that there is no plain legal prejudice to Defendants because there are no counterclaims and Defendant CitiMortgage also seeks to dismiss the action. The Court determines that it is proper to dismiss Plaintiff's action as she will seek mediation.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Plaintiff's Motion to Dismiss (ECF No. 9) is **GRANTED**. All of Plaintiff's claims (ECF No. 1-1) are **DISMISSED without prejudice**.
2. Defendant CitiMortgage's Motion to Dismiss (ECF No. 4) is **DENIED as moot**.

The District Court Executive is directed to enter this Order, enter Judgment accordingly, furnish copies to counsel, and CLOSE the file.

**DATED** September 6, 2018.



THOMAS O. RICE
Chief United States District Judge